IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| STEPHANIE BROADWATER, § § § Plaintiff, § § vs. § § CIVIL ACTION § RYAN WODDELL and § SIEMENS ENERGY, INC., § FILE NO. _____ § Defendants. § § § | |

**DEFENDANTS RYAN WOODDELL AND**
**SIEMENS ENERGY, INC.'S'S NOTICE OF REMOVAL**

COME NOW, **RYAN WOODDELL AND SIEMENS ENERGY, INC.**, Defendants in the above-styled civil action, and hereby remove Civil Action File No. SC2023CV000370 from the State Court of Muscogee County to the United States District Court for the Middle District of Georgia, Columbus Division, pursuant to Fed. R. Civ. P. 81(c) and 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for its removal state as follows:

**STATEMENT OF THE CASE**

1.

Defendants have been sued in a civil action brought in the State Court of Muscogee County, which is located within the Columbus Division of the United States District Court for the Middle District of Georgia. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, orders and documents from the State Court Action have been attached as Defendants Exhibit 1 (hereinafter "D-1").

2.

The present matter is an action for damages for bodily injuries stemming from an April 9, 2021 motor vehicle accident between Plaintiff Stephanie Broadwater and Defendant Ryan Wooddell.  D-1, Complaint, ¶ 9.  Plaintiff makes claims against Defendant Ryan Wooddell and his employer Defendant Siemens Energy, Inc. for (i) ordinary negligence, (ii) negligence per se, and (iii) vicarious liability.  *Id.*, Complaint, ¶¶ 12-20.

3.

The Complaint was filed on March 31, 2023, in the State Court of Muscogee County, Civil Action File No. SC2023CV000370.  *See* D-1, Complaint.  Defendant Ryan Wooddell was served on April 15, 2023.  Defendant Siemens Energy, Inc. was served on April 14, 2023.  The Affidavits of Service were filed on May 16, 2023.

## DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a)

4.

Plaintiff Stephanie Broadwater is a citizen of the State of Alabama.  *Id.*, Complaint, ¶ 1.  Defendant Ryan Wooddell is a resident and citizen of the State of New Mexico.  *Id.*, Complaint, ¶ 2.  Defendant Siemens Energy, Inc. is, and was at the time this lawsuit was filed, a corporation organized under the laws of the State of Delaware with its principal place of business in the State of Florida.  *Id.*, Complaint, ¶ 3.  Therefore, there is complete diversity of citizenship between the parties.

5.

Plaintiff contends that she has "suffered serious and permanent physical injuries, and substantial and continuing pain, suffering, and discomfort.  Plaintiff has incurred past medical expenses in excess of $16,759.10 and will continue to incur medical expenses in the future." *Id.*,

Complaint, ¶ 21.  Plaintiff also seeks "…the imposition of punitive damages…" *Id.*, Complaint, ¶ 23.  Plaintiff has asserted a settlement demand for $100,000.00.  This is in excess of the $75,000.00 amount in controversy.

6.

In determining whether the requisite $75,000.00 amount in controversy has been established, jurisdiction "is proper if it is facially apparent from the complaint that the amount in controversy exceeds the jurisdictional requirement."  *Williams v. Best Buy Co., Inc.*, 269 F.3d 1319 (11th Cir. 2001).  In the present case, given the damages claimed by Plaintiff, it is facially apparent from Plaintiff's Complaint that the requisite $75,000.00 amount in controversy requirement has been met.

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

7.

This Notice of Removal is filed within 30 days from the Affidavits of Service filed by Plaintiff on May 16, 2023.  Removal is, therefore, timely in accordance with 28 U.S.C. § 1446(b).

8.

Pursuant to 28 U.S.C. 1446(b)(2)(A), "all defendants who have been properly joined and served must join in or consent to the removal of the action."  As such, Defendants expressly consents to the removal of this action and the requirements of 28 U.S.C. § 1446(b)(2)(A) have been met.

## CONCLUSION

By this Notice of Removal, Defendants do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses or objections they may have to this action.

Defendants intend no admission of fact, law or liability by this Notice and expressly reserve all defenses, motions and/or pleas.

WHEREFORE, Defendants pray that the case be removed to the United States District Court for the Middle District of Georgia, Columbus Division.

This 14th day of June, 2023.

                                  **CRUSER, MITCHELL, NOVITZ,**
                                  **SANCHEZ, GASTON & ZIMET, LLP**

                                  /s/ Candice R. Bryant
                                  **CANDICE R. BRYANT**
                                  Georgia Bar No. 807404
                                  **JANELLE RUSSELL**
                                  Georgia Bar No. 630113
                                  *Attorneys for Defendants*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092
(404) 881-2622
(404) 881-2630 – fax
cbryant@cmlawfirm.com
jrussell@cmlawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| **STEPHANIE BROADWATER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | **CIVIL ACTION** |
| **RYAN WODDELL and** § | |
| **SIEMENS ENERGY, INC.,** § | **FILE NO. _____** |
| § | |
| Defendants. § | |
| § | |
| § | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **DEFENDANTS RYAN WOODDELL AND SIEMENS ENERGY, INC'S NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Rob Varner, Esq.
Morgan & Morgan Atlanta, PLLC
408 12th Street, Suite 200
Columbus, GA 31901
RVarner@forthepeople.com

I FURTHER CERTIFY that the undersigned has mailed copies of the entire pleading referenced above to all counsel of record at the above address.

{Firm/297/00043/PLEADING/02273247.DOCX }

- 2 -

This 14th day of June, 2023.

                                          **CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP**

                                          /s/ Candice R. Bryant
                                        **CANDICE R. BRYANT**
                                        Georgia Bar No. 807404
                                        **JANELLE RUSSELL**

Meridian II, Suite 2000         Georgia Bar No. 630113
275 Scientific Drive            *Attorneys for Defendants*
Peachtree Corners, GA 30092
(404) 881-2622
(404) 881-2630 – fax
cbryant@cmlawfirm.com
jrussell@cmlawfirm.com